IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGINIA RODINO,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES<br>INTERNATIONAL UNION (SEIU),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:20-cv-03245-TJK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be, and it is hereby, dismissed with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen Scavuzzo* | */s/ Caitlin Kekacs* |
| Stephen Domenic Scavuzzo | Caitlin Kekacs (D.C. Bar #1019670) |
| (D.C. Bar #318279) | BREDHOFF & KAISER, P.L.L.C. |
| 1750 Tysons Blvd. | 805 Fifteenth Street, N.W., Suite 1000 |
| Suite 1500 | Washington, D.C. 20005 |
| McLean, VA 22102 | Tel: (202) 842-2600 |
| Tel: (703) 319-8770 | Fax: (202) 842-1888 |
| Fax: (703) 319-1747 | ckekacs@bredhoff.com |
| scavuzzolaw@aol.com | |
| | |
| *Counsel for Plaintiff Virginia Rodino* | *Counsel for Defendant SEIU* |

Dated: October 13, 2021